# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 18, 2007

133489

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ANTONIO VALLIN BRIDGES,
      Defendant-Appellant.

SC: 133489
COA: 275168
Ingham CC: 03-000332-FH

_____/

On order of the Court, the application for leave to appeal the March 15, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

KELLY, J., would remand this case for appointment of counsel.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 18, 2007

s0711

Clerk